October 21, 2011

Mr. J. W. Dyer
Dyer & Associates
1352 West Pecan Boulevard
McAllen, TX 78501

Mr. Stephen L. Tatum
Cantey Hanger LLP
600 West 6th Street Suite 300
Fort Worth, Tx 76102-3685

Mr. Christopher Allen Funk
Walker & Twenhafel, LLP
PO Drawer 3766
McAllen, TX 78502-3766
Mr. John B. Wallace
Barker Lyman, P.C.
1221 McKinney Street
Houston, TX 77010-2009

Ms. Eileen Marie Leeds
Willette & Guerra LLP
1534 E. 6th St., Suite 200
Brownsville, TX 78520

RE: Case Number: 09-0223
 Court of Appeals Number: 13-06-00038-CV
 Trial Court Number: C-389-00-D

Style: SHARYLAND WATER SUPPLY CORPORATION
 v.
 CITY OF ALTON, CARTER & BURGESS, INC., CRIS EQUIPMENT COMPANY, AND
 TURNER, COLLIE & BRADEN, INC.

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk
 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Laura Hinojosa |
| |Ms. Dorian E. Ramirez |
| |Mr. R. Carson Fisk |
| |Ms. Shalla Elaine |
| |Faria Santos |
| |Ms. Yvonne Roselyn |
| |Castillo |